IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS ANDERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | 8:22CV54<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Final Stipulation for Dismissal (Filing No. 35). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to pay their own costs.

Dated this 28th day of July, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge